# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

AUDREY IDA JANE FRUEAN,

            Plaintiff,

   v.

ANDREW M. SAUL,
Commissioner of Social Security,

            Defendant.
_____/

Case No. 1:21-cv-00406-SKO

**ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS AND STAYING
CASE**

(Doc. 2)

### ORDER

Plaintiff Audrey Ida Jane Fruean filed a complaint on March 12, 2021, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons;

3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.  Plaintiff SHALL file the return of service with the Court;

4.    The parties are hereby notified that, <u>after service of the complaint, this action is STAYED pursuant to General Order No. 615</u>, and there will be no scheduling order or deadlines in effect during the stay.  *See* E.D. Cal. G.O. 615.  <u>The stay will be automatically lifted when the defendant files the certified copy of the administrative record</u>, with no further order of the Court; and

5.     The Clerk is DIRECTED to issue the Consent/Decline forms only, in addition to the summons and service-related documents.  Pursuant to General Order No. 615, no other case documents will issue.

IT IS SO ORDERED.

Dated:   **March 15, 2021**                                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE