DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Audrey Ida Jane Fruean,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00406-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 16) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 64-day extension of time, from November 4, 2021 to January 7, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's first request for an extension of time. Good cause exists for this extension. Counsel has recently received a greater number of Answers and

Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater than usual number of merit briefs due in November and December 2021.  Thus, Counsel is requesting an extension through January 7, 2022 to accommodate the number of cases due in November and December 2021.  For the week of November 1, 2021, Counsel has nine merit briefs due.  After that and for the remainder of November, Counsel has 12 merit briefs, several letter briefs and replies.  In addition, Counsel is required to review administrative decisions for possible filing in US District Court, and several EAJA Motions.

Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the months of November and December 2021.

Compounding the issue of an increased number of merit briefs due, Counsel has preplanned vacation days for the Thanksgiving holiday, and vacation the last two weeks of the year where Counsel will be out of the State visiting family. Counsel respectfully requests the Court grant the requested extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:  October 18, 2021         PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: October 18, 2021                PHILLIP A. TALBERT
                                       Acting United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration


                                  By:  * /s/ Thomas Elsberry
                                       Thomas Elsberry
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant
                                       (*As authorized by email on October 18, 2021)

# ORDER

Pursuant to the parties' above stipulation (Doc. 16), and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including January 7, 2022, to file her motion for summary judgment. All other dates in the Scheduling Order (Doc. 14) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 25, 2021**                          /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE