PHILLIP A. TALBERT
Acting United States Attorney
WILLY LE, TX BN 24046276
Acting Regional Chief Counsel, Region X
Social Security Administration
JUSTIN L. MARTIN, MO BN 62255
Special Assistant United States Attorney
    701 Fifth Avenue
    Suite 2900 M/S 221A
    Seattle, Washington 98104
    Telephone: (206) 615-3735
    Facsimile: (206) 615-2531
    E-Mail: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AUDREY IDA JANE FRUEAN,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:21-cv-00406-SKO (SS)<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER**<br><br>**(Doc. 21)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, and with the approval of the Court, that this action be remanded for further

administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C.

§ 405(g), sentence four.  On remand, the Appeals Council will remand the case to an

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

administrative law judge (ALJ) for a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Acting Commissioner.

Respectfully submitted this 5th day of November 2021.

| | |
|---|---|
| Dated: November 5, 2021 | /s/ Dolly Marlo Trompeter* |
| | DOLLY MARLO TROMPETER |
| | Attorney for Plaintiff |
| | *Authorized via e-mail on November 4, 2021 |
| | |
| | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| | WILLY LE |
| | Acting Regional Chief Counsel, Region X |
| | Social Security Administration |
| By: | /s/ Justin L. Martin |
| | JUSTIN L. MARTIN |
| | Special Assistant United States Attorney |
| | |
| | Attorneys for Defendant |

## **ORDER**

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (the "Stipulation") (Doc. 21), and for cause shown,

IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

The Clerk of Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Audrey Ida Jane Fruean and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated: **November 5, 2021**                    */s/ Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND; ORDER 1:21-CV-00406-SKO (SS)